# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Bonham, | No. CV-21-00406-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Bank of America National Association, | |
| Defendant. | |

On March 10, 2021, Plaintiff James Bonham initiated this case with a "Motion for Emergency Hearing and Temporary Injunction." (Doc. 1.) Rule 3 of the Federal Rules of Civil Procedure provides that a "civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Accordingly, the Court will construe Doc. 1 as a Complaint, as opposed to a motion for injunctive relief.

On March 15, 2021, Plaintiff filed an "Ex-Parte Motion for Emergency Hearing and Temporary Injunction." (Doc. 10.) If this motion was intended to be a request for a preliminary injunction, the Court cannot entertain that request without notice to the opposing party. *See* Fed. R. Civ. P. 65(a). Thus, the Court will take no action on Doc. 10 as a motion for preliminary injunction until notice has been provided to Defendant. To the extent that Doc. 10 was intended to be a motion for a temporary restraining order, Plaintiff must likewise provide notice to Defendant, or else show cause why notice cannot be given. *See* Fed. R. Civ. P. 65(b). On this record, neither requirement is satisfied. Thus, the Court will take no action on Doc. 10 at this time on this record.

Additionally, it appears that Plaintiff has been aware of his dispute with Defendant for some time. *See Bonham v. Bank of America NA*, No. 13-CV-02220-PHX-SRB and *Bonham v. Bank of America NA*, No. 16-CV-03822-PHX-JJT. Plaintiff cannot create his own emergency and argue there is no time to give notice to Defendant due to his own delay in bringing this particular claim. *See, e.g., Martin v. Fam. Lending Servs., Inc.*, No. CV09-2133PHXROS, 2009 WL 3340460, at *1 (D. Ariz. Oct. 15, 2009) (noting that a plaintiff may not create her own emergency to circumvent the notice requirement in seeking a temporary restraining order); *Best Deals on TV, Inc. v. Naveed*, No. C07-1610SBA, 2007 WL 902564, at *4 (N.D. Cal. Mar. 22, 2007) (a plaintiff cannot show the need for a temporary restraining order without notice when the plaintiff waited months to file the motion).

Accordingly,

**IT IS ORDERED** construing Plaintiff's "Motion for Emergency Hearing and Temporary Injunction" (Doc. 1) as a Complaint pursuant to Fed. R. Civ. P. 3.

**IT IS FURTHER ORDERED** that, for the reasons described herein, the Court takes no further action on Plaintiff's "Ex-Parte Motion for Emergency Hearing and Temporary Injunction" (Doc. 10) at this time.

Dated this 16th day of March, 2021.

Michael T. Liburdi
United States District Judge