1  Gregory J. Marshall (#019886)
   Daniel J. Inglese (#033887)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona  85004-2202
4  Telephone:  602.382.6000
   Facsimile:  602.382.6070
5  E-Mail: gmarshall@swlaw.com
           dinglese@swlaw.com
6  *Attorneys for Defendant Bank of America, N.A.*

7

8              IN THE UNITED STATES DISTRICT COURT

9               FOR THE DISTRICT OF ARIZONA

10

11  James Bonham,

12             Plaintiff,

13      v.

14  Bank of America, N.A.,

15             Defendant.

16

No. 2:21-cv-00406-MTL

**NOTICE OF APPEARANCE**

17      NOTICE IS HEREBY GIVEN that Daniel J. Inglese of Snell & Wilmer, L.L.P.

18  enters an appearance as additional counsel for Defendant Bank of America, N.A.

19      DATED this 30th day of March, 2021.

20                              SNELL & WILMER L.L.P.

21

22                              By: */s/ Daniel J. Inglese*
                                    Gregory J. Marshall
23                                  Daniel J. Inglese
                                    One Arizona Center
24                                  400 E. Van Buren, Suite 1900
                                    Phoenix, Arizona 85004-2202
25                                  *Attorneys for Defendant Bank of America, N.A.*

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, and mailed a copy of same to the following if non-registrants on this 30th day of March, 2021:

James Bonham
6943 W Planada Lane
Glendale, AZ 85310
jbonham16@cox.net

*/s/ Christine Logan*

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000