Gregory J. Marshall (#019886)
Daniel J. Inglese (#033887)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: gmarshall@swlaw.com
*Attorneys for Defendant Bank of America, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Bonham,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Bank of America, N.A.,<br><br>　　　　Defendant. | No. 2:21-cv-00406-MTL<br><br>**BANK OF AMERICA, N.A.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Bank of America, N.A. ("BANA"), through undersigned counsel, requests an extension of time to respond to the Complaint filed by plaintiff James Bonham from April 1, 2021 through **April 15, 2021**. Good cause exists for this extension. BANA contemplates moving to dismiss the Complaint, and accordingly, initiated conferrals with Plaintiff in accordance with LRCiv 12.1(c) regarding defects in the Complaint, and inquiring whether Plaintiff wishes to dismiss or amend the Complaint in light of the deficiencies BANA raised. Plaintiff responded by requesting a few days to respond, but has not yet responded. The requested extension will allow the parties to complete their required conferral. In accordance with LRCiv 7.3(b), BANA requested Mr. Bonham's position on this motion, but Mr. Bonham did not definitively take a position. Therefore, this motion may be considered opposed.

DATED this 30th day of March, 2021.

SNELL & WILMER L.L.P.

By: */s/ Daniel J. Inglese*
Gregory J. Marshall
Daniel J. Inglese
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
*Attorneys for Defendant Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, and mailed a copy of same to the following if non-registrants on this 30th day of March, 2021:

James Bonham
6943 W Planada Lane
Glendale, AZ 85310
jbonham16@cox.net

*/s/ Christine Logan*
