# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Bonham,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Bank of America National Association,<br><br>　　　　Defendant. | No. CV-21-00406-PHX-MTL<br><br>**ORDER** |

Pursuant to Bank of America, N.A.'s Motion for Extension of Time to Respond to Complaint (Doc. 17), and good cause appearing,

**IT IS ORDERED granting** the Motion for Extension of Time to Respond to Complaint (Doc. 17). The deadline for Bank of America, N.A. to answer or otherwise respond to Plaintiff's Complaint is extended to **April 15, 2021**.

**IT IS FURTHER ORDERED** that the deadline for Bank of America, N.A. to respond to Plaintiff's Ex-Parte Motion for Emergency Hearing and Temporary Injunction (Doc. 10) is extended to **April 15, 2021**.

There will be no further extensions absent a showing of extraordinary circumstances.

Dated this 31st day of March, 2021.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge