

Gregory J. Marshall (#019886)
Daniel J. Inglese (#033887)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: gmarshall@swlaw.com
*Attorneys for Defendant Bank of America, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Bonham,<br><br>        Plaintiff,<br><br>v.<br><br>Bank of America, N.A.,<br><br>        Defendant. | No. 2:21-cv-00406-MTL<br><br>**BANK OF AMERICA, N.A.'S RESPONSE TO PLAINTIFF'S MOTION FOR JOINDER OF PARTIES** |

Bank of America, N.A. ("BANA") responds to plaintiff James Bonham's "Motion for Joinder of Parties" filed April 6, 2021 (Doc. 20). While BANA takes no position regarding whether John and Holly Sutto should be added as defendants, Bonham's motion is procedurally improper, as "[a] plaintiff ordinarily is free to decide who shall be parties to his lawsuit." *Simpson v. Alaska Stat Com'n for Human Rights*, 608 F.2d 1171, 1174 (9th Cir. 1979). If Bonham wishes to add defendants, the Rules contemplate that he do so by moving for leave to file an amended complaint naming them. But his motion is not styled as a motion to amend, nor is his motion accompanied by a proposed amended complaint indicating how it differs from the current pleading in accordance with LRCiv 15.1(a). BANA also notes that, whether the Suttos are joined, the First Amended Complaint remains deficient as against BANA for all the reasons outlined in BANA's Motion to Dismiss, filed contemporaneously with this Response.

DATED this 15th day of April, 2021.

                SNELL & WILMER L.L.P.

By: */s/ Daniel J. Inglese*
    Gregory J. Marshall
    Daniel J. Inglese
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202
    *Attorneys for Defendant Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, and mailed a copy of same to the following if non-registrants on this 15th day of April, 2021:

James Bonham
6943 W Planada Lane
Glendale, AZ 85310
jbonham16@cox.net

                */s/ Martin Lucero*

4812-2507-2101.1